# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR334** |
| vs. | ) | |
| | ) | **TRIAL ORDER** |
| **HARLEY D. PYRON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

At the request of Judge Smith Camp,

  **IT IS ORDERED:**

1. Trial of this matter is continued from December 13, 2005 to **Wednesday, December 21, 2005**, or as soon thereafter as the same may be tried.

2. Trial will commence at 9:00 a.m., before District Judge Laurie Smith Camp, in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

   • It is anticipated that this trial will last approximately two days.

   • A Pretrial Conference, beginning at 8:30 a.m., will be held in Judge Smith Camp's Chambers on that same day, prior to the start of trial.

   • Counsel is advised that street clothes must be provided for the defendant in any trial proceedings. Counsel shall deliver the clothes to the United States Marshal's office prior to the 8:30 a.m. pretrial conference in chambers.

   **DATED December 14, 2005.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**